UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01CR202-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| (1) ALBERT ESPOSITO ) | |

THIS MATTER is before the Court on the government's notice of dismissal and motion to amend the preliminary order of forfeiture in this case as to the real property listed in the preliminary order. Document #311. For the reasons stated in the government's notice and motion,

IT IS THEREFORE ORDERED that the Preliminary Order of Forfeiture filed on July 1, 2004 (Document #243), is hereby amended by deleting the following asset:

> (b) Real property known as The Laurels and located at 1111 Wilson Branch Road, Mars Hill, North Carolina, as more particularly described in a deed recorded at Book 269, Page 588, in the Madison County Public Registry.

SO ORDERED.

Signed: May 19, 2008

Richard L. Voorhees
United States District Judge