UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:01CR202-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **FINAL ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| ALBERT ESPOSITO, et al. ) | |

On June 9, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on Counts One and Twenty-Eight in the Bill of Indictment. On February 27, 2007, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

On May 19, 2008, this Court entered an Order Amending the Preliminary Order by deleting the subject real property. As amended, the Preliminary Order is and should be made final.

Based on the record in this case, including the trial evidence, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 21 U.S.C. §853(p). The Preliminary Order of Forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

**Approximately $30,000 worth of miscellaneous currency, gold, and coins seized from defendants Esposito, Branch, and Mucci, and presently in the custody of the FBI, as follows:**

(1) 762 Grenada Spice coins;

(2) one 1934A FRN;

(3) three 1963 $5 U.S. Notes;

(4) one 1896 $1 Educational Series;

(5) one silver dollar certificate;

(6) nine British Heritage Collection coins and two notes;

(7) seven coins and two medals;

(8) $1,500 in U.S. currency;

(9) 1999 Gold Eagle;

(10) $110 in Canadian currency;

(11) $20 in East Carribean currency;

(12) wooden box with Silver Eagle and Case Knife;

(13) Blue Case with 50th C coin;

(14) two gold bars;

(15) 528 Grenada Spice coins;

(16) $4,938.50 in U.S. currency and coins;

(17) ten gold bars

(18) four Grenada Silver Spice coins; and,

(19) $1,000 in U.S. currency.

**SO ORDERED.**

Signed: July 29, 2008

Richard L. Voorhees
United States District Judge